UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIBRON LOPEZ,<br><br>                    Movant,<br><br>        -v. -<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 21 Civ. 1858 (KPF)<br>16 Cr. 323-2 (KPF)<br><br>**ORDER APPOINTING COUNSEL** |

KATHERINE POLK FAILLA, District Judge:

By Order dated March 3, 2021, the Court appointed counsel under the Criminal Justice Act to assist Movant Gibron Lopez with the reconstruction of his case file with the ultimate goal of supplementing Petitioner's motion brought pursuant to 28 U.S.C. § 2255.  (Dkt. #3).  The Court hereby appoints Michael Martin under the Criminal Justice Act to represent Movant in this matter.  The Clerk of Court is directed to mail a copy of this Order to Movant at his address of record.

SO ORDERED.

Dated:   March 12, 2021
         New York, New York

                                        _____
                                           KATHERINE POLK FAILLA
                                           United States District Judge