**LINCOLN SQUARE LEGAL SERVICES, INC.**  Fordham University School of Law | Tel 212-636-6934
150 West 62nd Street, Ninth Floor | Fax 212-636-6923
New York, NY 10023

October 27, 2021

**BY ECF & Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007



Re: **Gibron Lopez v. Unites States**, 21 Civ. 1858 (KPF), 16 Cr. 323-2 (KPF)

Dear Judge Failla:

    We represent Mr. Gibron Lopez in the above-captioned case. We write to respectfully request an extension of two weeks for our supplemental submission to Mr. Lopez's Section 2255 motion, from Friday, October 29, 2021 to Friday, November 12, 2021. This is our first request to extend the motion schedule. We request this extension because of the difficulties we have faced consulting with our in-custody client, as well as the demands of our other matters. The Government has no objection to this request.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

/s/ Michael W. Martin
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.

Attorneys for Mr. Gibron Lopez

cc: Gina Castellano
    Christopher DiMase
    Assistant United States Attorneys
    **By ECF and Email**

---

```
Application GRANTED.  To accommodate this extension, the Government's opposition
shall be due on or before February 11, 2022.  Mr. Lopez's reply papers, if any,
shall be due on or before February 25, 2022.

The Clerk of Court is directed to terminate the pending motions at 21 Civ. 1858,
Dkt #10, and 16 Crim. 323, Dkt. # 164.
```

SO ORDERED.

Date: October 27, 2021
      New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE